United States District Court
WESTERN DISTRICT OF NEW YORK

Owen Simms,
Petitioner

v.

Pam Bondi, et al,
Respondents

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 25-CV-6458

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the judgment is entered in favor of Petitioner and the case is closed.

Date: September 30, 2026

ANDREW W. MOELLER
CLERK OF COURT

By: s/ Dawn K.
Deputy Clerk